[No. 33723-8-I.    Division One.    September 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY BUCKLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03345-8, LeRoy McCullough, J., entered November 1, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 16820-1-II.    Division Two.    September 20, 1995.]

JAMES E. JOHNSON, ET AL., *Appellants*, v. I. PRESTON MEEKS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-01704-0, Waldo F. Stone, J. Pro Tem., entered January 15, 1993. *Reversed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17636-0-II.    Division Two.    September 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAY SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00132-1, Kenneth D. Williams, J., entered October 22, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Wiggins, JJ.